```
              UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF OHIO
                WESTERN DIVISION AT DAYTON
```

IN RE:                              :

   Stephen D. Branham
    Cherie Branham         :    Case No.: 15-32483
       Debtors                  Chapter 7 (Converted)
                                Judge Guy R. Humphrey
   ****************************************************

**DEBTORS' AMENDED SCHEDULE D:**
**CREDITORS HOLDING SECURED CLAIMS**

   ****************************************************

*  Creditor's name and complete mailing    *  Amount of claim    *
*  address including zip code              *                     *
                *                   *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**The following are pre-conversion creditors added to schedule D:**

<u>Creditor</u>                          <u>Account</u>              <u>Amount</u>

Steven Metzger                    Real estate taxes
Treasurer Clark County, Ohio      227 East Northern
P.O. Box 1305                     Springfield, Ohio
Springfield, Ohio 45501              #6009
                                                       $8644.65


/S/ Stephen D. Branham
Stephen D. Branham


/S/ Cherie Branham
Cherie Branham                    /s/Anthony B. Pennington
                                  Anthony B. Pennington
                                  Attorney for Debtors
                                  Lic No. 0007640
                                  PO Box 2519
                                  Springfield, Ohio 45501
                                  (937- 561-5320
                                  Email Tonyohio1107@gmail.com

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing **DEBTORS' AMENDED SCHEDULE D** was issued to the following by ordinary U.S. Mail on January 15, 2018:

Stephen D. Branham and Cherie Branham (Debtors), 3522 Bosart Road, Springfield, Ohio 45503

Steven Metzger
Treasurer Clark County, Ohio
P.O. Box 1305
Springfield, Ohio 45501

    I hereby certify that a copy of the foregoing **DEBTORS' AMENDED SCHEDULE D** was issued to the Court's transmission facilities for electronic service on the following ECF participants on January 15, 2018:

Jeffrey M. Kellner, Chapter 13 Trustee, 131 N. Ludlow Street, Suite 900, Dayton, Ohio 45402; and

Office of the U.S. Trustee, 170 North High Street, Suite 200, Columbus, Ohio 43215.

    /s/Anthony B. Pennington
    Anthony B. Pennington
    Attorney for Debtors